## UNITED STATES DISTRICT COURT
### Northern District of Illinois
### Eastern Division

| | | |
|---|---|---|
| United States of America | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 14 CR 659 |
| | ) | |
| Edward James Davis | ) | |
| Defendant. | ) | |

### MOTION TO AMEND CONDITIONS OF BOND

NOW COMES the Defendant, Edward James Davis by and through his attorneys, RICHARD K. RUSSO & RICHARD MOTTWEILER, and hereby requests this Honorable Court to amend the conditions of bond to allow the defendant to travel within the continental United States.

IN SUPPORT WHEREOF IT IS ALLEGED AS FOLLOWS:

1. That approximately 10 months prior to his arrest in the matter, the defendant scheduled and paid for an Amtrak train trip from March 12, 2015 - March 25, 2015.

2. That itinerary for said trip is attached as Exhibit 1.

WHERFORE, defendant respectfully asks this Court to amend the bond in this matter to allow defendant to travel on the previously scheduled trip.

Respectfully submitted,

_____
Richard K. Russo

RICHARD K. RUSSO
1755 Naperville Road - Suite 206
Wheaton, Illinois 60189
Attorney I.D. # 6278358
(630) 690-3636